**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

JANNA B. MILLS, individually, and as Personal Representative of the Estate of Christopher P. Mills

Plaintiff,

vs.

AMAZON.COM, INC.; AMAZON.COM, LLC; AMAZON SERVICES, LLC; AMAZON.COM SERVICES, LLC; AMAZON.COM SERVICES, INC.; AMAZON.COM.DEDC, LCC; AMAZON LOGISTICS, INC., XPO LAST MILE, INC.; XPO LOGISTICS, INC.; and JOHN DOES 10-15,

Defendants.

C.A. NO. _______________

**NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE** that Defendant Amazon.com Services, LLC (hereinafter the "Defendant"), by and through its attorney, Wilson Elser Moskowitz Edelman & Dicker LLP, submit this Notice of Removal in accordance with 28 U.S.C. §§ 1332 and 1446, and respectfully state as follows:

1. The Plaintiff, Janna B. Mills, ("Plaintiff"), filed a Summons and Complaint in the Bristol County Superior Court of the State of Massachusetts (the "State Court"), dated June 22, 2021, commencing this action captioned as JANNA B. MILLS, individually, and as Personal Representative of the Estate of Christopher P. Mills, v. AMAZON.COM, INC.; AMAZON.COM, LLC; AMAZON SERVICES, LLC; AMAZON.COM SERVICES, LLC; AMAZON.COM SERVICES, INC.; AMAZON.COM.DEDC, LCC; AMAZON LOGISTICS, INC.; XPO LAST MILE, INC.; XPO LOGISTICS, INC.; and JOHN DOES 10-15, Docket No. 2173CV00389A (the

"Subject Action"). A true copy of the Summons and Complaint filed in the Subject Action is attached hereto as **Exhibit A**.

2. Upon information and belief, the Plaintiff resides in Berkley, the County of Bristol, Commonwealth of Massachusetts. <u>See</u> Complaint ¶ 1, **Exhibit A**.

3. The Defendant has a principal place of business in Seattle, Washington.

4. On or about June 29, 2021, the Defendant received a copy of the Summons and Complaint.

5. The Plaintiff brings this action against the Defendants for wrongful death allegedly resulting from a motor vehicle accident.

6. Although no civil cover sheet was served with the Summons and Complaint, this is a wrongful death action with a claim for punitive damages; therefore, the Plaintiff's demand is anticipated to exceed $75,000. <u>See</u> **Exhibit A**.

7. Pursuant to 28 U.S.C. § 1332, the U.S. District Courts have original jurisdiction over all civil actions among citizens of different States where the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. <u>See</u> 28 U.S.C. § 1332(a).

8. Removal of such cases is governed by 28 U.S.C. § 1441(a) which makes clear that "[e]xcept as expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." <u>See</u> 28 U.S.C. § 1441(a).

9. This Court has original jurisdiction over the subject matter of this action under the provisions of 28 U.S.C. § 1332, in that there is complete diversity between the parties and more than $75,000.00 in controversy, exclusive of interest and costs.

10. Pursuant to 28 U.S.C. § 1332, the Defendant is entitled to remove the action to this Court.

11. This removal is timely as required by 28 U.S.C. § 1446(b) as it is filed within thirty (30) days of the Defendant's receipt of the Plaintiff's Complaint.

12. The co-defendants Amazon.com, Inc., Amazon.com, LLC, Amazon Services, LLC; Amazon.com Services, Inc., Amazon.com.DEDC, LCC, and Amazon Logistics, Inc. consent to the removal.

13. Upon information and belief, the co-defendants XPO Last Mile, Inc., and XPO Logistics, Inc., have not been served with the summons and complaint and therefore their consent is not required.

14. Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice of Removal is being filed with the Clerk of the Court for the Superior Court of the State of Massachusetts, County of Bristol. See **Exhibit B**.

WHEREFORE, the Defendant Amazon.com Services, LLC hereby remove the action now pending in the Superior Court of the Commonwealth of Massachusetts, County of Bristol, and demand a jury trial.

Respectfully submitted,

DEFENDANT AMAZON.COM SERVICES, LLC,

By their Attorneys,

*/s/ Beata Shapiro*

Beata Shapiro, BBO #661174
beata.shapiro@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
260 Franklin Street, 14th Floor
Boston, MA 02110
(617) 422-5300

Date: July 27, 2021

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on July 27, 2021, the foregoing was **filed electronically** with the United States District Court for the District of Massachusetts and served by electronic mail upon the following:

Patrick T. Matthews, Esq.
ptmatthews@fallriverattorneys.com
Brian M. Tavares, Esq.
btavares@fallriverattorneys.com
Coastal Legal Affiliates, P.C.
P.O. Box 1870
Fall River, Massachusetts 02722

*/s/ Beata Shapiro*
Beata Shapiro